**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7700**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

JAPLIN CURETON,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:03-cr-00134-GCM-1)

———————

Submitted:  November 17, 2009      Decided:  November 25, 2009

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Japlin Cureton, Appellant Pro Se.  Amy Elizabeth Ray, Assistant
United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Japlin Cureton appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cureton</u>, No. 3:03-cr-00134-GCM-1 (W.D.N.C. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>